No. 72–5899.  WYATT v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5951.  LINDSEY v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5981.  WASHINGTON v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1094.  ESTELLE, CORRECTIONS DIRECTOR v. SANCHEZ.  C. A. 5th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 72–1115.  ROZELLE v. CONNECTICUT GENERAL LIFE INSURANCE CO. ET AL.  C. A. 10th Cir.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 72–1131.  NEWBERRY v. TOWN OF FISHKILL. C. A. 3d Cir.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 72–1146.  MILAM ET UX. v. READING & BATES OFFSHORE DRILLING CO. ET AL.  C. A. 5th Cir.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 72–5831.  ROTHSTEIN ET AL. v. WYMAN, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE would grant certiorari.